UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>　　　　　　Plaintiff,<br>v.<br>M.D. DAVID HYUN, et al.,<br><br>　　　　　　Defendants. | Case No. 5:12-cv-04749-PSG<br><br>**ORDER ENTERING JUDGMENT IN FAVOR OF PLAINTIFF**<br><br>**(Re: Docket No. 14)** |

　　　　Having deferred entry of the judgment for many months at the parties' request, the court has heard nothing further from the parties. In its last stipulated order, the court made clear that it would again defer entry of judgment, but only up until May 19, 2014. Six months beyond that deadline, the court can permit no further delay.

　　　　Judgment is entered in favor of Plaintiff and against Defendants. The clerk shall close the file.

**SO ORDERED**

Dated: December 3, 2014

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1

Case No. 5:12-cv-04749-PSG
ORDER ENTERING JUDGMENT IN FAVOR OF PLAINTIFF